Joseph R. Re (State Bar No. 134,479)
2jrr@kmob.com
Benjamin A. Katzenellenbogen (State Bar No. 208,527)
2bak@kmob.com
Colin B. Heideman (State Bar No. 238,674)
2cbh@kmob.com
Nicholas B. Janda (State Bar No. 253,610)
2nbj@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

[FOR A COMPLETE LISTING OF PLAINTIFF / COUNTER DEFENDANT'S COUNSEL REFER TO SIGNATURE PAGE]

Attorneys for Plaintiff/Counterdefendant, ADVANCED THERMAL SCIENCES CORPORATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| ADVANCED THERMAL SCIENCES CORPORATION, a Delaware Corporation<br><br>Plaintiff,<br><br>v.<br><br>APPLIED MATERIALS, INC., a Delaware Corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Civil Action No.<br>SACV 07-1384 JVS (JWJx)<br><br>**ADVANCED THERMAL SCIENCES CORPORATION'S NOTICE OF MOTION AND MOTION IN LIMINE TO EXCLUDE THE TESTIMONY OF APPLIED MATERIALS, INC.'S LEGAL EXPERT (ATS MIL #1)**<br><br>Date:  October 19, 2009<br>Time:  11:00 a.m.<br>Ctrm.  10C<br><br>Pretrial Conference:<br>October 19, 2009<br>Time:  11:00 a.m.<br>Ctrm.  10C<br><br>The Honorable James V. Selna |

**PLEASE TAKE NOTICE** that on October 19, 2009, at 11:00 a.m., or as soon as possible thereafter, Plaintiff/Counterdefendant Advanced Thermal Sciences Corporation ("ATS") will move and does move to exclude Applied Materials, Inc.'s ("AMI") Legal Expert (ATS's MIL #1).

This Motion is made following the conferences of counsel pursuant to Local Rule 7-3, which took place on September 9, 2009 and September 21, 2009.

This Motion is supported by the accompanying Memorandum of Points and Authorities, the Declaration of Benjamin A. Katzenellenbogen, the [Proposed] Order, and such other evidence or argument as may be presented at or before the hearing on this motion.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: October 5, 2009     By: s/Colin B. Heideman
    Joseph R. Re
    Benjamin A. Katzenellenbogen
    Colin B. Heideman
    Nicholas B. Janda

KATTEN MUCHIN ROSENMAN LLP
Steven A. Lamb (State Bar No. 132,534)
steven.lamb@kattenlaw.com
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310) 788-4400
Facsimile: (310) 712-8257

Attorneys for Plaintiff / Counterdefendant
ADVANCED THERMAL SCIENCES CORPORATION

7901042
100509

- 1 -