Joseph R. Re (State Bar No. 134,479)
2jrr@kmob.com
Benjamin A. Katzenellenbogen (State Bar No. 208,527)
2bak@kmob.com
Colin B. Heideman (State Bar No. 238,674)
2cbh@kmob.com
Nicholas B. Janda (State Bar No. 253,610)
2nbj@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

[FOR A COMPLETE LISTING OF PLAINTIFF / COUNTER DEFENDANT'S COUNSEL REFER TO SIGNATURE PAGE]

Attorneys for Plaintiff/Counterdefendant, ADVANCED THERMAL SCIENCES CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ADVANCED THERMAL SCIENCES CORPORATION, a Delaware Corporation<br><br>Plaintiff,<br><br>v.<br><br>APPLIED MATERIALS, INC., a Delaware Corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIM. | Civil Action No.<br>SACV 07-1384 JVS (JWJx)<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION TO FILE UNDER SEAL ADVANCED THERMAL SCIENCES CORPORATION'S MEMORANDUM TO EXCLUDE APPLIED MATERIALS INC.'S LEGAL EXPERT (ATS'S MIL #1) AND EXHIBITS IN SUPPORT OF ADVANCED THERMAL SCIENCES CORPORATION'S MOTIONS IN LIMINE TO EXCLUDE APPLIED MATERIALS INC.'S LEGAL EXPERT (ATS'S MIL #1) AND LATE DISCLOSED WITNESSES (ATS'S MIL #2)<br><br>The Honorable James V. Selna |

The Court, having read and considered Plaintiff/Counterdefendant Advanced Thermal Sciences Corporation's Application to File Under Seal: (1) ATS's Memorandum In Support of Its Motion *in Limine* to Exclude Applied Materials, Inc.'s Legal Expert (ATS's MIL #1); and (2) Exhibits 6-11 attached to the to the Declaration of Benjamin A. Katzenellenbogen in support of ATS's Motions *in Limine* to Exclude Applied Materials, Inc.'s Legal Expert (ATS's MIL #1) and to Exclude Applied Materials, Inc.'s Late Disclosed Witnesses (ATS's MIL #2)..

HEREBY GRANTS leave to file the following documents under seal:

- ATS's Memorandum In Support of Its Motion *in Limine* to Exclude Applied Materials, Inc.'s Legal Expert (ATS's MIL #1)
- Exhibits 6-11 attached to the Declaration of Benjamin A. Katzenellenbogen in Support of ATS's Motions *in Limine* to Exclude Applied Materials, Inc.'s Legal Expert (ATS's MIL #1) and to Exclude Applied Materials, Inc.'s Late Disclosed Witnesses (ATS's MIL #2).

**IT IS SO ORDERED.**

Dated: 10.6.09

THE HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT COURT JUDGE

Presented by:

KNOBBE, MARTENS, OLSON & BEAR, LLP

By: 
Joseph R. Re
Benjamin A. Katzenellenbogen
Colin B. Heideman
Nicholas B. Janda

File public redacted version w/in seven days
JVS
10.6.09

KATTEN MUCHIN ROSENMAN LLP
Steven A. Lamb (State Bar No. 132,534)
Steven.lamb@kattenlaw.com
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310) 788-4400
Facsimile: (310) 712-8257

Attorneys for Plaintiff / Counterdefendant
ADVANCED THERMAL SCIENCES
CORPORATION

# CERTIFICATE OF SERVICE

I am a citizen of the United States of America and I am employed in Irvine, California. I am over the age of 18 and not a party to the within action. My business address is 2040 Main Street, 14th Floor, Irvine, California 92614.

On October 5, 2009, I caused to be served the within **[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL ADVANCED THERMAL SCIENCES CORPORATION'S MEMORANDUM TO EXCLUDE APPLIED MATERIALS INC.'S LEGAL EXPERT (ATS'S MIL #1) AND EXHIBITS IN SUPPORT OF ADVANCED THERMAL SCIENCES CORPORATION'S MOTIONS IN LIMINE TO EXCLUDE APPLIED MATERIALS INC.'S LEGAL EXPERT (ATS'S MIL #1) AND LATE DISCLOSED WITNESSES (ATS'S MIL #2)** on the parties or their counsel shown below, by placing it in a sealed envelope addressed as follows:

**VIA HAND DELIVERY TO:**

Thomas S. McConville
ORRICK, HERRINGTON & SUTCLIFFE, LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 5, 2009, at Irvine, California.

Margaret H. Greenwalt

7901055
100509

- 3 -