G. HOPKINS GUY III (SBN 124811)
hopguy@orrick.com
MICHAEL F. HEAFEY (SBN 153499)
mheafey@orrick.com
DEBORAH E. FISHMAN (SBN 197584)
dfishman@orrick.com
DENISE M. MINGRONE (SBN 135224)
dmingrone@orrick.com
JAN E. ELLARD (SBN 171947)
jellard@orrick.com
SIDDHARTHA VENKATESAN (SBN 245008)
svenkatesan@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: +1-650-614-7400
Facsimile: +1-650-614-7401

Attorneys for Defendant and Counterclaimant
APPLIED MATERIALS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ADVANCED THERMAL SCIENCES CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>APPLIED MATERIALS, INC.,<br><br>Defendant.<br><br>APPLIED MATERIALS, INC.,<br><br>Counterclaimant,<br><br>v.<br><br>ADVANCED THERMAL SCIENCES CORPORATION,<br><br>Counterdefendant. | Case No. 8:07-CV-1384 (JVS) (JWJ)<br><br>[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL DEFENDANT APPLIED MATERIALS, INC.'S MOTION PURSUANT TO F.R.E. 702/DAUBERT TO EXCLUDE REPORT AND TESTIMONY OF CHRISTIAN TREGILLIS BASED ON LACK OF RELIABLE METHODOLOGY AND APPLICATION THEREOF AND FAILURE TO ACCOUNT FOR ALL RELEVANT FACTORS<br><br>Date: October 19, 2009<br>Time: 11:00 a.m.<br>Ctrm.: 10C<br>Judge: Hon. James V. Selna<br><br>Pretrial Conf.: October 19, 2009<br>Trial: November 3, 2009 |

OHS West:260738668.1

ORIGINAL

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Good cause appearing, it is hereby ORDERED that Defendant Applied Materials, Inc. is granted permission to file under seal the following document:

APPLIED MATERIALS, INC.'S MOTION PURSUANT TO F.R.E. 702/DAUBERT TO EXCLUDE REPORT AND TESTIMONY OF CHRISTIAN TREGILLIS BASED ON LACK OF RELIABLE METHODOLOGY AND APPLICATION THEREOF AND FAILURE TO ACCOUNT FOR ALL RELEVANT FACTORS.

IT IS SO ORDERED.

Dated: 10.6, 2009

_____
Honorable James V. Selna
United States District Court

*File public redacted version c/w seven days. JVS 10.6.09*