G. HOPKINS GUY III (SBN 124811)
hopguy@orrick.com
MICHAEL F. HEAFEY (SBN 153499)
mheafey@orrick.com
DEBORAH E. FISHMAN (SBN 197584)
dfishman@orrick.com
DENISE M. MINGRONE (SBN 135224)
dmingrone@orrick.com
JAN E. ELLARD (SBN 171947)
jellard@orrick.com
SIDDHARTHA VENKATESAN (SBN 245008)
svenkatesan@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: +1-650-614-7400
Facsimile: +1-650-614-7401

Attorneys for Defendant and Counterclaimant
APPLIED MATERIALS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ADVANCED THERMAL SCIENCES CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>APPLIED MATERIALS, INC.,<br><br>Defendant. | Case No. 8:07-CV-1384 (JVS) (JWJ)<br><br>[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL DEFENDANT APPLIED MATERIALS, INC.'S MOTION *IN LIMINE* #3 TO EXCLUDE EVIDENCE RE: DELAY OR OTHER UNPLED CLAIMS OF BREACH |
| APPLIED MATERIALS, INC.,<br><br>Counterclaimant,<br><br>v.<br><br>ADVANCED THERMAL SCIENCES CORPORATION,<br><br>Counterdefendant. | Date: October 19, 2009<br>Time: 11:00 a.m.<br>Ctrm.: 10C<br>Judge: Hon. James V. Selna<br><br>Pretrial Conf.: October 19, 2009<br>Trial: November 3, 2009 |

OHS West:260738641.1

[PROPOSED] ORDER GRANTING APPLICATION
TO FILE UNDER SEAL - NO. 8:07-CV-1384 (JVS)(JWJX)

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Good cause appearing, it is hereby ORDERED that Defendant Applied Materials, Inc. is granted permission to file under seal the following documents:

1. APPLICATION TO FILE UNDER SEAL DEFENDANT APPLIED MATERIALS, INC.'S *MOTION IN LIMINE #3* EXCLUDE EVIDENCE RE: DELAY;

2. DEFENDANT APPLIED MATERIALS, INC.'S *MOTION IN LIMINE #3* EXCLUDE EVIDENCE RE: DELAY;

3. DECLARATION OF DEBORAH E. FISHMAN IN SUPPORT OF APPLIED MATERIALS, INC.'S MOTION *IN LIMINE* #3 RE DELAY AND DAUBERT TO EXCLUDE REPORT AND TESTIMONY OF CHRISTIAN TREGILLIS;

4. EXHIBITS TO DECLARATION OF DEBORAH E. FISHMAN IN SUPPORT OF APPLIED MATERIALS, INC.'S MOTION *IN LIMINE* #3 RE DELAY AND DAUBERT TO EXCLUDE REPORT AND TESTIMONY OF CHRISTIAN TREGILLIS.

IT IS SO ORDERED.

Dated: 10.6, 2009

Honorable James V. Selna
United States District Court

*file public redacted version w/in seven days.*
*JVS*
*10-6-09*