1  G. HOPKINS GUY III (SBN 124811)
   hopguy@orrick.com
2  MICHAEL F. HEAFEY (SBN 153499)
   mheafey@orrick.com
3  DEBORAH E. FISHMAN (SBN 197584)
   dfishman@orrick.com
4  DENISE M. MINGRONE (SBN 135224)
   dmingrone@orrick.com
5  JAN E. ELLARD (SBN 171947)
   jellard@orrick.com
6  SIDDHARTHA VENKATESAN (SBN 245008)
   svenkatesan@orrick.com
7  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
8  Menlo Park, CA 94025
   Telephone: +1-650-614-7400
9  Facsimile: +1-650-614-7401

10 Attorneys for Defendant and Counterclaimant
   APPLIED MATERIALS, INC.

FILED
CLERK, U.S. DISTRICT COURT
OCT - 6 2009
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

LODGED
2009 OCT -5 PM 2:56

BY FAX

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ADVANCED THERMAL SCIENCES CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>APPLIED MATERIALS, INC.,<br><br>Defendant.<br><br>APPLIED MATERIALS, INC.,<br><br>Counterclaimant,<br><br>v.<br><br>ADVANCED THERMAL SCIENCES CORPORATION,<br><br>Counterdefendant. | Case No. 8:07-CV-1384 (JVS) (JWJ)<br><br>[PROPOSED] ORDER GRANTING APPLICATION TO FILE UNDER SEAL APPLIED MATERIALS, INC.'S MOTION *IN LIMINE* TO EXCLUDE BELATEDLY PRODUCED EVIDENCE UNDER FEDERAL RULE OF CIVIL PROCEDURE 37(C)(1)<br><br>Date: October 19, 2009<br>Time: 11:00 a.m.<br>Ctrm.: 10C<br>Judge: Hon. James V. Selna<br><br>Pretrial Conf.: October 19, 2009<br>Trial: November 3, 2009 |

ORIGINAL

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Good cause appearing, it is hereby ORDERED that Defendant Applied Materials, Inc. is granted permission to file under seal the following documents:

1. APPLICATION TO FILE UNDER SEAL APPLIED MATERIALS, INC.'S APPLIED MATERIALS, INC.'S MOTION *IN LIMINE* TO EXCLUDE BELATEDLY PRODUCED EVIDENCE UNDER FEDERAL RULE OF CIVIL PROCEDURE 37(C)(1);

2. APPLIED MATERIALS, INC.'S MOTION *IN LIMINE* TO EXCLUDE BELATEDLY PRODUCED EVIDENCE UNDER FEDERAL RULE OF CIVIL PROCEDURE 37(C)(1);

3. DECLARATION OF KRISTIN S. CORNUELLE IN SUPPORT OF APPLIED MATERIALS, INC.'S MOTION *IN LIMINE* TO EXCLUDE BELATEDLY PRODUCED EVIDENCE UNDER FEDERAL RULE OF CIVIL PROCEDURE 37(C)(1); AND

4. EXHIBITS TO DECLARATION OF KRISTIN S. CORNUELLE IN SUPPORT OF APPLIED MATERIALS, INC.'S MOTION *IN LIMINE* TO EXCLUDE BELATEDLY PRODUCED EVIDENCE UNDER FEDERAL RULE OF CIVIL PROCEDURE 37(C)(1).

IT IS SO ORDERED.

Dated: **10.6**, 2009

_____
Honorable James V. Selna
United States District Court

*File public redacted version w/in seven days.*
/VS 10.6.09