Joseph R. Re (State Bar No. 134,479)
2jrr@kmob.com
Jon W. Gurka (State Bar No. 187,964)
2jwg@kmob.com
Benjamin A. Katzenellenbogen (State Bar No. 208,527)
2bak@kmob.com
Colin B. Heideman (State Bar No. 238,674)
2cbh@kmob.com
Nicholas B. Janda (State Bar No. 253,610)
2nbj@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

[FOR A COMPLETE LISTING OF PLAINTIFF/COUNTER DEFENDANT'S COUNSEL REFER TO SIGNATURE PAGE]

Attorneys for Plaintiff/Counterdefendant
ADVANCED THERMAL SCIENCES CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ADVANCED THERMAL SCIENCES CORPORATION, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>APPLIED MATERIALS, INC., a Delaware Corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Civil Action No.<br>SACV 07-1384 JVS (JWJx)<br><br>**ORDER RE ADVANCED THERMAL SCIENCES CORPORATION'S *EX PARTE* APPLICATION TO QUASH, OR IN THE ALTERNATIVE MODIFY, THE TRIAL SUBPOENA TO MASAHI IWAO**<br><br>Trial: November 10, 2009<br>Time: 8:30 a.m.<br>Ctrm. 10C<br><br>The Honorable James V. Selna |

Having read and considered Advanced Thermal Sciences Corporation ("ATS") *Ex Parte* application to Quash, or in the Alternative Modify, the Trial Subpoena to Masahi Iwao ("Iwao"), all supporting papers filed in support thereof and in opposition to, and good cause appearing,

IT IS ORDERED:

1. The application to quash the subpoenas is denied. It is obvious that Advanced Materials, Inc. ("AMI") could not have obtained a trial witness declaration from this high ranking employee of its opponent ATS. There is no basis to limit AMI to offering Iwao's testimony by way of deposition, just as there would be no basis if the matter proceeded as a jury trial.

2. Any trade secret/confidentiality concerns relating to Iwao's testimony (or that of any other witness) can be dealt with under the provisions of the existing protective order, and the Court is prepared to adopt such additional measures at trial as may be necessary to preserve trade secret/confidential information. Rule 45 is no impediment to proceeding in this manner.

3. ATS makes a compelling showing that the Samsung chiller, which shares the name PX-7, is not relevant to the issues remaining to be tried. AMI does not disavow its intent to elicit testimony about the Samsung chiller from Iwao (AMI Opposition, p. 5), but it conspicuously makes no response to ATS' contention that such testimony is not relevant. AMI shall make an offer of proof concerning relevance before attempting to elicit such testimony from Iwao.

- 1 -

4. Except as noted, all relief sought on the application is denied.

Dated: November 06, 2009

_____
THE HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT COURT JUDGE

Presented by:

KNOBBE, MARTENS, OLSON & BEAR, LLP


By: /s/Jon W. Gurka
    Joseph R. Re
    Jon W. Gurka
    Benjamin A. Katzenellenbogen
    Colin B. Heideman
    Nicholas B. Janda

KATTEN MUCHIN ROSENMAN LLP
Steven A. Lamb (State Bar No. 132,534)
steven.lamb@kattenlaw.com
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310) 788-4400
Facsimile: (310) 712-8257

Attorneys for Plaintiff/Counterdefendant
ADVANCED THERMAL SCIENCES CORPORATION

8039200