| | |
|---|---|
| 1 | G. HOPKINS GUY, III (SBN 124811) |
|   | hopguy@orrick.com |
| 2 | MICHAEL F. HEAFEY (SBN 153499) |
|   | mheafey@orrick.com |
| 3 | DEBORAH E. FISHMAN (SBN 197584) |
|   | dfishman@orrick.com |
| 4 | DENISE M. MINGRONE (SBN 135224) |
|   | dmingrone@orrick.com |
| 5 | JAN E. ELLARD (SBN 171947) |
|   | jellard@orrick.com |
| 6 | SIDDHARTHA M. VENKATESAN (SBN 245008) |
|   | svenkatesan@orrick.com |
| 7 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | 1000 Marsh Road |
| 8 | Menlo Park, CA 94025 |
|   | Telephone:  +1-650-614-7400 |
| 9 | Facsimile:  +1-650-614-7401 |

Attorneys for Defendant and Counterclaimant
APPLIED MATERIALS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ADVANCED THERMAL SCIENCES CORPORATION, | Case No. 8:07-CV-1384 (JVS) (JWJ) |
| Plaintiff, | **APPLIED MATERIALS, INC'S NOTICE OF LODGING OF DEPOSITION DESIGNATIONS** |
| v. | |
| APPLIED MATERIALS, INC., | |
| Defendant. | |
| APPLIED MATERIALS, INC., | Trial:  November 10, 2009 |
| Counterclaimant, | Judge:  Hon. James V. Selna |
| v. | |
| ADVANCED THERMAL SCIENCES CORPORATION, | |
| Counterdefendant. | |

In Compliance with Local Rules 16-2.7 and 32-1, Defendant and Counterclaimant Applied Materials, Inc. ("Applied") hereby lodges the attached Deposition Designations, Objections and Counter Designations to Advanced Thermal Sciences Corporation's ("ATS") Deposition Designations, and Objections and Counter-Counter Designations to ATS's Counter Designations to Applied's Initial Deposition Designations in the above-captioned matter.

Dated:   November 9, 2009

G. HOPKINS GUY III
MICHAEL F. HEAFEY
DEBORAH FISHMAN
DENISE M. MINGRONE
JAN E. ELLARD
SIDDHARTHA VENKATESAN
ORRICK, HERRINGTON & SUTCLIFFE LLP

_____/s/  Jan E. Ellard  /s/_____
Jan E. Ellard
Attorneys for Defendant
and Counterclaimant
Applied Materials, Inc.

OHS West:260760492.1