Joseph R. Re (State Bar No. 134,479)
2jrr@kmob.com
Jon W. Gurka (State Bar No. 187,964)
2jwg@kmob.com
Benjamin A. Katzenellenbogen (State Bar No. 208,527)
2bak@kmob.com
Colin B. Heideman (State Bar No. 238,674)
2cbh@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Telephone:   (949) 760-0404
Facsimile:    (949) 760-9502

[FOR A COMPLETE LISTING OF PLAINTIFF/COUNTER DEFENDANT'S COUNSEL REFER TO SIGNATURE PAGE]

Attorneys for Plaintiff/Counterdefendant
ADVANCED THERMAL SCIENCES CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ADVANCED THERMAL SCIENCES CORPORATION, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>APPLIED MATERIALS, INC., a Delaware Corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Civil Action No.<br>SACV 07-1384 JVS (JWJx)<br><br>**ORDER REGARDING BRIEFING SCHEDULE FOR ATS'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>The Honorable James V. Selna |

1   The Court HEREBY ORDERS the following briefing schedule for ATS's
2   Motion for Preliminary Injunction:
3   • May 4, 2010  ATS's Opening Brief
4   • May 11, 2010  AMI's Opposition Brief
5   • May 18, 2010  ATS's Reply to Opposition Brief
6   • May 25, 2010  Hearing Date at 4:00 p.m.  (If the Court is not in
7      trial, the Court will advance the hearing to earlier in the afternoon,
8      and so advise the parties.)

**IT IS SO ORDERED.**

Dated:   April 28, 2010

THE HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT COURT JUDGE

Presented by:

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated:  April 28, 2010         By: /s/ Benjamin A. Katzenellenbogen
              Joseph R. Re
              Jon W. Gurka
              Benjamin A. Katzenellenbogen
              Colin B. Heideman

KATTEN MUCHIN ROSENMAN L.L.P.

              Steven A. Lamb (State Bar No. 132,534)
              steven.lamb@kattenlaw.com
              2029 Century Park East, Suite 2600
              Los Angeles, CA 90067-3012
              Telephone:  (310) 788-4679
              Facsimile:  (310) 712-8257

Attorneys for Plaintiff / Counterdefendant
ADVANCED THERMAL SCIENCES
CORPORATION

8954669
042710

- 1 -